IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01368-BNB

WISSAM HAMMOUD,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 23 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Wissam Hammoud, is a prisoner in the custody of the Federal Bureau of Prisons (BOP) who currently is incarcerated at the Federal Correctional Institution in Florence, Colorado. He initiated this action by filing a letter with the Court on June 8, 2010.

In an order filed on June 14, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Hammoud to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Hammoud was directed to submit a Prisoner Complaint on the Court-approved form. Mr. Hammoud was also directed to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the Court-approved form and a certified copy of his prisoner's trust fund statement for the 6-month period immediately preceding the filing. He was informed that the § 1915 motion and affidavit was only necessary if the $350.00 filing fee was not paid in advance. The June 14 order warned Mr. Hammoud that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

On June 16, 2010, Mr. Hammoud filed several documents with the Court, including a BOP "Program Statement" form and a "complaint letter." Mr. Hammoud, however, has failed to file a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 as directed by the June 14 Order. Therefore, Mr. Hammoud has failed within the time allowed to cure the designated deficiencies. Accordingly, it is

ORDERED that the action dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Wissam Hammoud, to comply with the order to cure dated June 14, 2010.

DATED at Denver, Colorado, this __22nd__ day of __July__, 2010.

BY THE COURT:

*[signature]*

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01368-BNB

Wissam Hammoud
Reg No. 39876-018
FCI - Florence
P.O. Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  7/23/10

                                GREGORY C. LANGHAM, CLERK

                              By: _____
                                        Deputy Clerk